IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBURT J. COOPER,

    Plaintiff,                   No. CIV S-06-0666 FCD CMK P

    vs.

J. TUGGLE, et al.,

    Defendants.           <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file an amended complaint and an application to proceed in forma pauperis pursuant to the court's order of March 29, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 25, 2006 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint and an application to proceed in forma pauperis.

DATED: May 4, 2006.

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE