IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBURT J. COOPER,

        Plaintiff,                        No. CIV S-06-0666 FCD CMK P

    vs.

J. TUGGLE, et al.,
        Defendants.
                              /                   ORDER

        By order filed August 25, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Karen Wong was returned unserved because "no Karen Wong employed per CDC locator, need more info." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention. Once additional information sufficient to effect service is obtained, plaintiff shall notify the court whereupon plaintiff will be forwarded the forms necessary for service by the U.S. Marshal. Plaintiff is cautioned that failure to effect service may result in the dismissal of unserved defendants. See Fed. R. Civ. P. 4(m). In other words, if plaintiff fails to serve defendant within 120 days of the service order, dismissal is appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall promptly seek additional information sufficient to effect service on any unserved defendants and notify the court once such information is ascertained.

2. If such information is not obtained within sixty days of the date this order is filed, plaintiff shall inform the court, in writing of his attempts to seek additional information to serve defendant Wong.

DATED:   November 30, 2006.

                                                     **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE