IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBURT COOPER,

    Plaintiff,                    No. CIV S-06-0666 FCD CMK P

    vs.

M. BROWN, et al.,

    Defendants..

_____/       <u>ORDER</u>

    Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). On January 30, 2007, plaintiff filed a request for an extension of time up to, and including, February 25, 2007 to respond to defendants' motion to dismiss. Good cause appearing, plaintiff's request will be granted.

    IT IS ORDERED that plaintiff is granted an extension of time up to, and including, February 25, 2007 to respond to the defendants' motion to dismiss.

DATED: February 6, 2007.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE