IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBURT J. COOPER,

    Plaintiff,                       No. CIV S-06-0666 FCD CMK P

    vs.

J. TUGGLE, et al.,

    Defendants.                FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff, who is a state prisoner proceeding pro se and in forma pauperis, brings this action pursuant to 42 U.S.C. § 1983. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302(b)(21).

        By order filed December 1, 2006, the court ordered plaintiff to provide additional information to serve defendant Wong. If the necessary information was not obtained, plaintiff was directed to, within 60 days, notify the court, in writing of his attempts to seek additional information to serve defendant Wong. To date, plaintiff has not informed the court of any attempts to find additional information to serve defendant Wong, nor has he provided additional information for service.

///

///

1       Plaintiff was warned that failure to effect service on defendant Wong within 120
2 days of the service order could result in a recommendation that defendant Wong be dismissed
3 pursuant to Rule 4m of the Federal Rules of Civil Procedure.  The court issued the service order
4 on August 2, 2006, which was approximately 180 days ago.  Accordingly, plaintiff has failed to
5 serve defendant Wong within 120 days of the service order and he has failed to provide any
6 additional information for service or to inform the court of any attempt to locate additional
7 service information.
8       Based on the foregoing, IT IS RECOMMENDED that defendant Wong be
9 dismissed from this action pursuant to Rule 4(m) for failure to serve.
10       These findings and recommendations are submitted to the United States District
11 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
12 after being served with these findings and recommendations, plaintiff may file written objections
13 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
14 and Recommendations."  Plaintiff is advised that failure to file objections within the specified
15 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
16 (9th Cir. 1991).

18 DATED:  February 6, 2007.

20                                        **CRAIG M. KELLISON**
21                                        UNITED STATES MAGISTRATE JUDGE