IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBURT J. COOPER,

        Plaintiff,                          No. CIV S-06-0666 FCD CMK P

    vs.

J. TUGGLE, et al.,
        Defendants.              /        ORDER

        By findings and recommendations filed February 7, 2006, the court recommended that defendant Wong be dismissed from this action because plaintiff had failed to serve her. In the findings and recommendations, the court noted that plaintiff had never responded to the court's December 1, 2006 order that he provide additional information for service of defendant Wong or notify the court of his attempts to obtain such information.

        Plaintiff filed objections to the findings and recommendations on February 15, 2007, and appears to request judicial intervention in his efforts to serve defendant Wong. Accordingly, the court vacates the February 7, 2006 findings and recommendations.

DATED: February 20, 2007.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE