IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBURT J. COOPER,

        Plaintiff,                     No. CIV S-06-0666 FCD CMK P

    vs.

J. TUGGLE, et al.,

        Defendants.        <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 21, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

///

///

///

///

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.[1]  Accordingly, IT IS HEREBY
3  ORDERED that:

4      1. The findings and recommendations filed February 21, 2007 are adopted in full;

5      2. Defendants' motion to dismiss is granted; and

6      3. This action is dismissed without prejudice for plaintiff's failure to exhaust his
7  administrative remedies prior to filing suit in federal court.

8  DATED: April 25, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that the findings and recommendations erroneously stated that plaintiff was not included in the questionnaire attached to inmate Black's 602 appeal regarding kitchen conditions.  Although further review reveals that inmate Cooper was included in the questionnaire, this does not change the result as plaintiff did not comply with the requirements listed in California Code of Regulations Title 15, § 3084.2(f) for filing a group complaint. Accordingly, plaintiff Cooper has not complied with the Prison Litigation Reform Act's exhaustion requirement.